**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLUMBUS ALLEN, JR., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY BEARD, et al., <br><br> Defendants. | Case No.: 16cv2713-MMA (KSC) <br><br> **ORDER RE: DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m)** |

On October 28, 2016, Plaintiff Columbus Allen, Jr., a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Although a named defendant in this action, to date Plaintiff has not served Defendant Ball with the summons and complaint in this case. Therefore, on June 17, 2019, the Court ordered Plaintiff to show cause why his claims against Defendant Ball should not be dismissed for failure to serve. *See* Doc. No. 80. Plaintiff has not responded to the Court's order and the time for doing so has expired. As such, the Court finds that under the four factor test set forth in *Pioneer Inv. Services Co. v. Brunswick Assoc. Ltd.*, dismissal of Plaintiff's claims against Defendant Ball without prejudice is appropriate. 507 U.S. 380, 394 (1993) (factors include the danger of prejudice to the opposing party, the length of the delay and its potential impact on the proceedings, the reason for the delay, and whether the movant acted in good faith.).

1

Based on Plaintiff's failure to effectuate service Defendant Ball in a timely manner or to otherwise prosecute this action against Defendant Ball, the Court **DISMISSES** this action without prejudice as to Defendant Ball. *See* Fed. R. Civ. P. 4(m) (requiring service within 120 days after complaint is filed); *Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994) (holding that an incarcerated *pro se* plaintiff proceeding in forma pauperis must provide the marshal with sufficient information necessary for service), abrogated on other grounds by *Sandin v. Conner*, 515 U.S. 472 (1995). The Court **DIRECTS** the Clerk of Court to enter judgment against Plaintiff and in favor of Defendant Ball in accordance with this Order. The Court **FURTHER DIRECTS** the Clerk to enter judgment against Plaintiff and in favor of Defendant Lai in accordance with the Court's June 17, 2019 Order, *see* Doc. No. 80, and to close the case.

**IT IS SO ORDERED**.

DATE: July 30, 2019

HON. MICHAEL M. ANELLO
United States District Judge

2

16cv2713-MMA (KSC)