

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Columbus Allen JR., II<br><br>**Plaintiff,**<br><br>V.<br><br>Dr. K. Ball, CME of CSP-Cal Health Care Services; Dr. C. Lai, MD, CSP-Cal Contracted Orthopedist<br><br>**Defendant.** | Civil Action No. 16cv2713-MMA(KSC)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That judgment is entered in favor of Defendant Dr. K. Ball and Defendant Dr. C. Lai, and against Plaintiff.

Date: 8/8/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

R. Chapman, Deputy